UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

NASIRU ISSAK #A226-126-832                  CIVIL ACTION NO. 25-1541 SEC P

VERSUS                                      JUDGE EDWARDS

WARDEN ET AL                                MAG. JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 10), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Habeas Corpus filed by NASIRU ISSAK #A226-126-832 (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 2nd day of March, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT